```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 14344
   LISA PIPPEN
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-2471

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/04/2008 and was not confirmed.

     The case was dismissed without confirmation 06/26/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
HERITAGE ACCEPTANCE CORP  SECURED VEHIC       2300.00          .00           .00
CREDIT ACCEPTANCE         SECURED VEHIC      14000.00          .00           .00
BALLYS TOTAL FITNESS      UNSECURED          NOT FILED         .00           .00
ASSET ACCEPTANCE LLC      UNSECURED          NOT FILED         .00           .00
SPRINT                    UNSECURED          NOT FILED         .00           .00
JC PENNY                  UNSECURED          NOT FILED         .00           .00
PRO SE DEBTOR             DEBTOR ATTY             .00                        .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  .00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                           .00
DEBTOR REFUND                                  .00
                    --------------        --------------
TOTALS                   .00                   .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 09/25/08            _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```